*United States District Court*
*Northern District of New York*

# JUDGMENT IN A CIVIL CASE

**DAVID DICKSON**

**V.**                              **CASE NUMBER: 1:04-cv-1296 (NAM/RFT)**

**COMMISSIONER OF SOCIAL SECURITY**

[    ]   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[  x  ]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the decision denying disability benefits is Reversed and the case is Remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings; and it is further

ORDERED, that pursuant to General Order #32, the parties are advised that the referral to a Magistrate Judge as provided for under Local Rule 72.3 has been Rescinded, as such, any appeal taken from the Order will be to the Court of Appeals for the Second Circuit.

All of the above pursuant to the order of the Honorable Chief Judge Norman A. Mordue, dated the 27th day of February, 2008.

**February 27, 2008**                              **LAWRENCE K. BAERMAN**

_____          _____
**DATE**                                                    **CLERK OF COURT**

                                                             **s/Kelly Easton**

                                                             _____

                                                             **BY: KELLY EASTON**
                                                             **DEPUTY CLERK**